82,147-01,02

To Abel Acosta, Clerk                    4-15-15

My name is Bobby Buck #1928809 and I got moved to onther Unit and I am writing to Let you know my new address to where I am at and you can contact me at the address that is Lested below and if there is any changes in writ and writ of mandemus and my supplemental that was presented to the of appeal court and my writ number is below please Let me know of any changes and much respect to you,

| | My New Address |
|---|---|
| Tr.Ct.No.53482-A*1 WR-82,147-01 | Bobby Buck #1928809 TC-1-48 |
| Tr.Ct.No.53482-A WR-82,147-02 | Darrington Unit 59 Darrington Road Rosharon, Tx 77583 |

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk